# *Commonwealth of Pennsylvania - Short Certificate*
# *County of York*

I, **Bryan K. Tate**, Register for the Probate of Wills and Granting Letters of Administration in and for YORK County, do hereby certify that on April 07, 2025, LETTERS OF ADMINISTRATION in common form were granted by the Register of said County, on the estate of

**RUSTIN JEANNINE STEIN**, late of WEST MANCHESTER TOWNSHIP in said county, deceased, to **BENJAMIN ERIK RISHEL** and that same has not since been revoked.

***IN TESTIMONY WHEREOF***, I have here unto set my hand and affixed the seal of said office at YORK, PENNSYLVANIA, on April 07, 2025.

**File No:** 6725-0688

**Date of Death :** November 01, 2024

**S.S. #:** 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

Register of Wills

***BRYAN K. TATE***
**Register of Wills & Clerk of Orphans' Court**
My Commission Expires First Monday, January, 2028

**NOT VALID WITHOUT OFFICIAL SIGNATURE AND SEAL OF OFFICE**

REGISTER OF WILLS
CLERK OF ORPHANS' COURT
York County Judicial Center
45 N. George St.
York, PA 17401

*Bryan K. Tate*
**REGISTER OF WILLS**
York County, Pennsylvania

# *Certificate of Grant of Letters of Administration*

REGISTER OF WILLS
YORK COUNTY, PA

| | |
|---|---|
| **Estate No.** | 6725-0688 |
| **Estate of** | **RUSTIN JEANNINE STEIN Deceased** |
| **Late of** | WEST MANCHESTER TOWNSHIP<br>YORK COUNTY |
| **Soc Sec No.** | 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 |

*WHEREAS*, RUSTIN JEANNINE STEIN, late of WEST MANCHESTER TOWNSHIP, York County, who died on November 01, 2024 and;

WHEREAS, the Grant of LETTERS OF ADMINISTRATION is required for the administration of the estate.

*THEREFORE*, I, *Bryan K. Tate*, Register of Wills in and for the County of York, in the Commonwealth of Pennsylvania, hereby certify that I have this day granted LETTERS OF ADMINISTRATION to BENJAMIN ERIK RISHEL who has duly qualified as ADMINISTRATOR(RIX) and has agreed to administer the estate according to law, all of which fully appears on record in my Office at York County Judicial Center in York, Pennsylvania.

*IN TESTIMONY WHEREOF*, I have here unto set my hand and affixed the seal of my Office on April 07, 2025.

Bryan K. Tate
*Register of Wills*

***BRYAN K. TATE***
**Register of Wills & Clerk of Orphans' Court**
My Commission Expires First Monday, January, 2028

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

WARNING: It is illegal to duplicate this copy by photostat or photograph.

## Certification of Death

Disposition Permit Number: E011884

State File Number: 411396-2024

Decedent's Legal Name: Rustin Jeannine Stein

Date of Death: November 01, 2024

Alias: Information Not Recorded

Social Security Number: 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

Sex: Female

Age: 38 Years

Date of Birth: August 12, 1986

Birthplace: Mesa, Arizona

Ever in US Armed Forces: No

Marital Status at Time of Death: Unknown

Residence Address: 4100 W Market St
York, Pennsylvania 17408-5934

Surviving Spouse's Name: Not Applicable

Residence County: York

Parent's Name: Thomas Darnell

Parent's Name: Vicki Miller

Informant's Name: Benjamin E. Rishel

Informant's Relationship to Decedent: Brother

Place of Death: Hospital-ER/Outpatient
WellSpan Gettysburg Hospital

City or Town, State, and Zip Code: Gettysburg, PA 17325-2534

County of Death: Adams

Method of Disposition: Cremation

Place of Disposition: Cremation Direct Service Crematory

Location of Disposition: York, Pennsylvania 17401

Date of Disposition: November 06, 2024

Time of Death: 6:47 AM

Name and Address of Funeral Facility: John W Keffer Funeral Home And Crematory Inc (Mount Ro
902 Mount Rose Ave York, PA 17403-2938

Funeral Director: George Curilla (Electronically Signed)

PART I. Cause of Death:

| Immediate Cause | | Approximate Interval: Onset to Death |
|---|---|---|
| a. | Pulmonary Arterial Thromboembolism | Unknown |
| b. | Deep Vein Thrombosis in the Left Lower Extremity | Unknown |
| c. | <<>> | <<>> |
| d. | <<>> | <<>> |

PART II. Other Significant Conditions Contributing to Death: Obesity; History of Tobacco Cigarette Smoking

Was an Autopsy Performed? Yes

Were Autopsy Findings Available to Complete Cause of Death? Yes

Date of Injury: Not Applicable

Time of Injury: Not Applicable

Place of Injury: Not Applicable

Injury at Work: Not Applicable

Location of Injury: Not Applicable

Describe How Injury Occurred: Not Applicable

If Transportation Injury, Specify: Not Applicable

Did Tobacco Use Contribute to Death? Unknown

Pregnant at Time of Death: Not pregnant within one year of death

Manner of Death: Natural

Hispanic Origin: No, not Spanish/Hispanic/Latino

Education: High school graduate or GED completed

Decedent's Race: White

Usual Occupation: Arborist

Kind of Business/Industry: Tree Trimming

Certifier's Name & Title: Francis Dutrow Coroner (Electronically Signed)

Address: 45 Major Bell Ln, Gettysburg, PA 17325-8265

Date Certified: January 27, 2025

Registrar's Name/District Number: Carolyn Noll (Electronically Signed) 67-625

Date Filed: November 06, 2024

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

Lisa A. Hasselbrook
Lisa A. Hasselbrook
State Registrar

Carolyn B. Noll   02 / 13 / 2025

Local Registrar   Date Issued

COMMONWEALTH OF PENNSYLVANIA ★ DEPARTMENT OF HEALTH ★

H105.805.1 REV (8/20)

WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

L 921323983

JOHN W KEFFER FUNERAL HOME AND CREMATORY INC ( MOUNT ROSE)
902 MOUNT ROSE AVE
YORK, PA 17403-2938

Order Number FHO202502113516

Certificate Fee: $20.00